UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS SANCHEZ ALFONSO,<br><br>    Petitioner,<br><br> v.<br><br>PAMELA BONDI et al.,<br><br>    Respondent. | CASE NO. 2:25-cv-02748-TL<br><br>ORDER ON FILING FEE |

On December 29, 2025, Petitioner, a Cuban national, filed a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner did not submit the $5.00 filing fee, and he did not submit an application to proceed *in forma pauperis* ("IFP"). However, Petitioner attached to his petition a motion to defer the filing fee, asserting that the "custodian of his civil detention is taking longer than usual to provide noncitizens with money orders over sudden increase in ICE arrests." Dkt. No. 1-1 at 1. Petitioner asserts that he has sufficient funds, and that a "two week deferment will suffice." *Id.*

ORDER ON FILING FEE – 1

Under the circumstances, Petitioner's motion to defer payment of the filing fee is GRANTED. The Clerk of Court is DIRECTED to docket Petitioner's Section 2241 petition (Dkt. No. 1). Petitioner is advised, however, that the deficiency must still be cured, and the filing fee paid, **no later than January 30, 2026**, as noted in the Notice of Deficiency (Dkt. No. 4), or the petition will be dismissed, unless another motion for an extension of time is filed.

Dated this 31st day of December, 2025.

Tana Lin
United States District Judge