UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS SANCHEZ ALFONSO,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI et al.,<br><br>　　　　　　Respondents. | CASE NO. 2:25-cv-02748-TL<br><br>ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER |

　　　　Petitioner filed a motion for a temporary restraining order, seeking to prevent the Government from removing Petitioner to a third country (i.e., to a nation other than Cuba) during the pendency of his habeas petition. Dkt. No. 2. However, Petitioner has not complied with Federal Rule of Civil Procedure 65, which permits a court to issue a temporary restraining order without written or oral notice to the adverse party or its attorney "only if," among other things, "the movant's attorney [or the movant] certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B). Petitioner's motion lacks

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER – 1

such certification. Absent compliance with Rule 65, this Court cannot order *ex parte* relief. *See Estrada v. Booker*, 374 F. App'x 730, 732 (9th Cir. 2010).

Therefore, Petitioner's motion for temporary restraining order (Dkt. No. 2) is DENIED, with leave to refile.[1]

Dated this 31st day of December, 2025.

Tana Lin
United States District Judge

---

[1] Petitioner is advised that, pursuant to General Order No. 10-25, Petitioner's petition (Dkt. No. 1) will be docketed, and the Court will issue a scheduling order. *See* General Order No. 10-25 at 3 (W.D. Wash. Dec. 18, 2025). Under the terms of the scheduling order, "Respondents shall provide Petitioner(s) and Petitioner(s)' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner(s) from the Western District of Washington or to remove them from the United States." *Id.*, Ex. 1 at 2. Should Petitioner receive such notice, he may refile his motion for a temporary restraining order.

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER – 2